**Opinion issued August 27, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00450-CR

———————————

**DARIAN DEVON PORTER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 268th District Court**
**Fort Bend County, Texas**
**Trial Court Case No. 21-DCR-097538**

---

## MEMORANDUM OPINION

Appellant Darian Devon Porter attempts to appeal his March 26, 2024 conviction for aggravated assault with a deadly weapon.[1] Under Texas Rule of

---

[1] *See* TEX. PENAL CODE § 22.02(a)(2).

Appellate Procedure 26.2(a), a notice of appeal was due on or before April 25, 2024. *See* TEX. R. APP. P. 26.2(a). Appellant filed his notice of appeal on June 17, 2024.

A notice of appeal that complies with the requirements of Rule 26 is essential to vest this court with jurisdiction. *See Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998). The court of criminal appeals has expressly held that without a timely filed notice of appeal or motion for extension of time we cannot exercise jurisdiction over an appeal. *See Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996); *see also Slaton*, 981 S.W.2d at 210.

Because the notice of appeal in this case was untimely, we have no basis for jurisdiction over this appeal. Accordingly, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 43.2(f); *Slaton*, 981 S.W.2d at 210; *Olivo*, 918 S.W.2d at 523. We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Hightower and Countiss.

Do not publish. TEX. R. APP. P. 47.2(b).